FILED
July 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002751404

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

SAUL L. BARRIGA and
LILIA H. BARRIGA,

Debtors.
_____/

Case No. 10-14125-B-7F

DC No. RHT-1

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**
11 U.S.C. §363

Date: August 11, 2010
Time: 10:00 a.m.
Dept: B

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1.  He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2.  The above-captioned case was filed under Chapter 7 on or about April 19, 2010, and Robert Hawkins was appointed Chapter 7 Trustee.

3.  This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4.  Among the assets of this estate is a 2003 Nissan Frontier with an approximate fair market value of $7,000.00.

5. The Trustee has received and offer from the debtors, Saul L. Barriga and Lilia H. Barriga, to purchase the above-described asset for the total sum of $3,000.00. The funds have been received by the estate.

6. In deciding to accept the debtors' proposed offer, the Trustee took into consideration the fair market value of the vehicle, the costs associated with taking possession of, storing, and selling the vehicle at auction,, and the debtors' allowed vehicle exemption in the amount of $2,725.00. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicle.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtors, Saul L. Barriga and Lilia H. Barriga, for the total sum of $3,000.00.

**DATED**: JULY 1, 2010

                                                                              /S/
                                           ROBERT HAWKINS,
                                           Chapter 7 Trustee